IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK DEWAYNE BROCK, 1114573,<br>　　　Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN, Director,<br>TDCJ-CID,<br>　　　Respondent. | )<br>)<br>)<br>)　No. 3:06-CV-1139-B<br>)　　　ECF<br>)<br>)<br>) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this  14th  day of   May , 2007.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE